# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ACOSTA JIMENEZ,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 26-1459** |
| **v.** | : | |
| | : | |
| **J. L. JAMISON, *Warden of*** | : | |
| ***Philadelphia Federal Detention Center,*** | : | |
| ***et al.*,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 9th day of March 2026, upon consideration of Petitioner David Acosta Jimenez', ("Petitioner"), *petition for writ of habeas corpus*, (the "Petition"), (ECF 1), it is hereby **ORDERED** that:

1.  The Clerk of the Court shall forward a copy electronically of the Petition, this Order, and the Clerk's office acceptance of service form to the Chief, Civil Division, at the Philadelphia United States Attorney's Office;

2.  Respondents shall file, by **March 13 2026**, an expedited response to the Petition, along with its exhibits, copies of all relevant documents, and an index of exhibits, which must state the statutory authority for Petitioner's detainment, *see* 28 U.S.C. § 2243.  The response shall also address whether a bond hearing is required;

3.  Respondents shall serve Petitioner's counsel with their certified response;

4.  Respondents ***shall not*** move or remove Petitioner from the Federal Detention Center in Philadelphia during the pendency of this matter.  Any movement will be deemed a violation of this Order; and

5.  Any request by the parties to modify this Order shall be made by motion.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*
